UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lesley Bell v. Bayer HealthCare*      No. 3:11-cv-10085-DRH
*Pharmaceuticals Inc., et al.*

*Lisa Davis v. Bayer HealthCare*      No. 3:11-cv-10086-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
      **Deputy Clerk**

Dated: July 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.30
10:11:12 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT